UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY GRONSKI,

    Plaintiff,                                     Case No. 13-13928

v.

                                            Hon. John Corbett O'Meara

DAVID CLIFTON, MARY ANN        Hon. Patricia T. Morris
BULL-EHINGER, and KELLY M.
SIGLER,

    Defendants.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is a report and recommendation filed June 12, 2014 by Magistrate Judge Patricia T. Morris. Plaintiff filed objections to the report and recommendation on June 30, 2014.

This court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

Having thoroughly reviewed the entire record, the court finds that Magistrate Judge Morris reached the correct conclusions. Accordingly, the court will overrule Plaintiff's objections.

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

IT IS FURTHER ORDERED that Defendants Clifton and Bull-Ehinger's motion for summary judgment is GRANTED.

                                        s/John Corbett O'Meara
                                        United States District Judge

Date:  July 31, 2014

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, July 31, 2014, using the ECF system and/or ordinary mail.

                                        s/William Barkholz
                                        Case Manager