UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY GRONSKI,

    Plaintiff,

                                                 Case No. 13-13928

v.

                                                 Hon. John Corbett O'Meara

KELLY M. SIGLER,

    Defendant.

_____/

**ORDER ADOPTING**
**REPORT AND RECOMMENDATION**

    Before the court is Magistrate Judge Patricia T. Morris's report and recommendation dated August 5, 2014. Plaintiff filed objections to the report and recommendation on August 15, 2014.

    With respect to reports and recommendations from magistrate judges, this court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

    Having reviewed the entire record, the court finds that Magistrate Judge Morris reached the correct conclusions. Accordingly, the court will overrule Plaintiff's objections.

IT IS HEREBY ORDERED that the magistrate judge's August 5, 2014 report and recommendation is ADOPTED.

                                  s/John Corbett O'Meara
                                  United States District Judge

Date: August 28, 2014

      I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 28, 2014, using the ECF system and/or ordinary mail.

                                  s/William Barkholz
                                  Case Manager